**Opinion filed March 2, 2023**



# In The

# Eleventh Court of Appeals

_____

## No. 11-23-00023-CV

_____

## IN RE RICKY GRUMBLES

**Original Mandamus Proceeding**

## MEMORANDUM OPINION

Relator, Ricky Grumbles, filed this original petition for writ of mandamus asserting that the District Clerk of Ector County, Texas, has failed to file his "Motion to Modify and Rescind Order to Withdraw Funds with the 70th Judicial District Court." Relator requests that we order (1) the district clerk to file the motion and (2) the district judge of the 70th District Court to issue a ruling on the motion. We dismiss the petition for want of jurisdiction.

As set forth herein, the district clerk and the district judge have provided Relator the relief he seeks in his mandamus petition. Therefore, Relator's petition for writ of mandamus is moot. We lack jurisdiction to decide a moot controversy. *In re Guardianship of Fairley*, 650 S.W.3d 372, 379 (Tex. 2022).

While we note that we do not have jurisdiction to issue a writ of mandamus against a district clerk, the Ector County District Clerk's Office provided us with a file-stamped copy of the motion at issue. *See* TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2022) (providing for limited jurisdiction to issue writs of mandamus); *In re Price*, No. 11-21-00089-CR, 2021 WL 2009495, at *1 (Tex. App.—Eastland May 20, 2021, orig. proceeding) (per curiam) (mem. op., not designated for publication). In addition, Judge Whalen, the district judge of the 70th District Court, entered an order denying Relator's motion on February 17, 2023. Therefore, the district clerk and the district judge have provided Relator with the relief he seeks in his mandamus petition, and the petition is now moot.

Accordingly, we dismiss the petition for writ of mandamus for want of jurisdiction.

PER CURIAM

March 2, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2